IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CLARENCE ROOSEVELT GILLIE**                                        **PLAINTIFF**

**V.**                         **CIVIL ACTION NO.: 3:16CV64-MPM-SAA**

**BROOKS, ET AL.**                                                    **DEFENDANTS**

## JUDGMENT

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated June 16, 2016, was on that date duly served by mail on the *pro se* plaintiff at his last known address; that the plaintiff acknowledged receipt of same on June 21, 2016; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 16, 2016, is hereby **APPROVED AND ADOPTED** as the opinion of the Court;

3. That Defendants Timothy Outlaw, Marshall Fisher, and Greg Johnson are **DISMISSED** from this cause; and

4. That Plaintiff's claims against Defendant Brooks will **PROCEED**.

**THIS** the 19th day of July, 2016.

                                                      **/s/ Michael P. Mills**
                                                      **UNITED STATES DISTRICT JUDGE**